THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAZLYN RODRIGUEZ, on behalf of
herself and all others similarly situated,

Plaintiff,                                                                Case No.

v.                                                                              State Court Case No. 2022CA000622

TZ INSURANCE SOLUTIONS, LLC d/b/a TRANZACT and WILLIS TOWERS WATSON US, LLC,

    Defendants.
_____/

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1453, defendants TZ Insurance Solutions, LLC d/b/a TRANZACT ("TZ") and Willis Towers Watson US LLC ("WTW", collectively "Defendants"), by counsel, hereby remove this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, and styled as Case No. 2022CA000622 (the "State Court Action"), to the United States District Court for the Middle District of Florida, Tampa Division. In support of removal, Defendants state as follows:

**I.     BACKGROUND**

1.      On January 24, 2022, Plaintiff Jazlyn Rodriguez ("Plaintiff"), individually and on behalf of all others similarly situated, commenced a putative class action by filing a Class Action Complaint (the "Complaint") against Defendants. A true and correct copy of the Complaint is attached hereto as **Exhibit A**. True and correct copies of all process, pleadings, and orders in the State Court Action not previously referenced are attached hereto as **Exhibit B**.

2. This Notice of Removal is being filed within 30 days of service of Plaintiff's Complaint upon WTW, who was served on January 28, 2022, and is thus timely removed. *See* 28 U.S.C. § 1446(b).

3. Defendant TZ was also served with the Complaint on January 28, 2022.

4. The Complaint alleges that Defendants violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et. seq.* ("FCRA") by obtaining and using consumer reports without a proper purpose, including by taking actions without providing consumers with notice and a copy of such consumer report or a reasonable opportunity to dispute or discuss the contents of the report. Ex. A ¶¶ 3-5. The Complaint asserts one cause of action under 15 U.S.C. § 1681b(b)(3)(A)(i). *Id.* ¶¶ 70-76.

5. Nothing in this Notice of Removal shall constitute a waiver of Defendants' rights to assert any defense, including motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, as the case progresses.

II.   **VENUE**

6. Venue is proper in the United States District Court, Middle District of Florida, as the Circuit Court in which the State Court Action was pending prior to this removal is within this District's jurisdictional confines. *See* 28 U.S.C. § 1146(a) and Rule 1.04 of the Local Rules for the Middle District of Florida.

III.   **JURISDICTION**

7. The basis for removal and this Court's original jurisdiction derives from 28 U.S.C. § 1331. This is a purported class action arising pursuant to federal law, *i.e.*, the FCRA. Ex. A ¶¶ 70-76. Thus, the Complaint states a basis for original subject matter jurisdiction under 28 U.S.C. § 1331, and therefore this removal is proper under 28 U.S.C. § 1441(a).

**IV.     NOTICE**

8. 28 U.S.C. § 1446(b)(2)(A) requires that "all defendants who have been properly joined and served must join in or consent to the removal of the action."  Both Defendants consent to removal of the State Court Action.

9. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiff's counsel and a copy is being filed with the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

10. A copy of the State Court Action's docket sheet is attached hereto.

11. A copy of the civil cover sheet is attached hereto.

**V.     CONCLUSION**

WHEREFORE, defendants TZ Insurance Solutions, LLC d/b/a TRANZACT and Willis Towers Watson US, LLC respectfully request that removal of this action to the United States District Court for the Middle District of Florida be hereby effected and that this Court to assume full jurisdiction over the cause herein, as provided by law, and to issue all necessary orders and process.

DATED:  February 25, 2022                                              Respectfully submitted,

/s/ Brandon White
Brandon White
Florida Bar No. 106792
HOLLAND & KNIGHT LLP
100 North Tampa St., Suite 4100
Tampa, FL 33602
813-227-8500 // 813-229-0134 fax
E-mail: brandon.white@hklaw.com

*Attorneys for defendants*
*TZ Insurance Solutions, LLC d/b/a*
*TRANZACT*
*and Willis Towers Watson US LLC*

4

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that on February 25th, 2022, we electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of the electronic filing to all counsel of record.

                                                        */s/ Brandon White*
                                                        Brandon White